# Court of Appeals
# of the State of Georgia

ATLANTA,   October 30, 2012

*The Court of Appeals hereby passes the following order:*

## A13D0101.  MARJORIE AUBAIN-GRAY, et al. v. HOBBY LOBBY STORES, INC.

Marjorie Aubain-Gray brought a civil action against Hobby Lobby Stores, Inc. The trial court granted summary judgment to the defendant, and Aubain-Gray filed this application for discretionary appeal.  Pursuant to OCGA § 9-11-56 (h), the grant of summary judgment is reviewable by direct appeal.  *Whiddon v. Stargell*, 192 Ga. App. 826, 828 (386 SE2d 884) (1989).  Therefore, the order in this case is subject to direct appeal.  This Court will grant an otherwise timely discretionary application if the lower court's order is directly appealable and the applicant has not already filed a notice of appeal.   See OCGA § 5-6-35 (j).   Therefore, this application is GRANTED.

Aubain-Gray shall have ten days from the date of this order to file a notice of appeal.  The clerk of the state court is directed to include a copy of this order in the appeal record transmitted to this Court.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,* 10/30/2012
   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*



_____ *, Clerk.*